# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY,<br><br>       Plaintiffs,<br><br>       v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)  C.A. No. 18-1899-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANDREW E. NARAVAGE
## IN SUPPORT OF BIO-RAD LABORATORIES, INC.'S
## MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Andrew E. Naravage, declare:

1. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad") in the above-captioned case. I am an attorney in good standing licensed to practice in California. I submit this declaration in support of Bio-Rad's Motion to Transfer, filed concurrently herewith. I am personally familiar with the facts stated herein and, if called as a witness, could testify competently hereto.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiffs GE Healthcare Bio-Sciences AB's, GE Healthcare Bio-Sciences Corporation's, and General Electric Company's (collectively, "GE") Notice of Deposition of Shawn Anderson in *GE Healthcare Bio-Sciences AB v. Bio-Rad Labs., Inc.*, No. 2:14-CV-07080-LTS-SN, currently pending before the United States District Court for the Southern District of New York.

3. Attached as **Exhibit B** is a true and correct copy of GE's Notice of Deposition of Richard Lee in *GE Healthcare Bio-Sciences AB v. Bio-Rad Labs., Inc.*, No. 2:14-CV-07080-

LTS-SN, currently pending before the United States District Court for the Southern District of New York.

4.  Attached as **Exhibit C** is a true and correct copy of GE's Notice of Deposition of Farah Mavandadi in *GE Healthcare Bio-Sciences AB v. Bio-Rad Labs., Inc.*, No. 2:14-CV-07080-LTS-SN, currently pending before the United States District Court for the Southern District of New York.

5.  Attached as **Exhibit D** is a true and correct copy of a printout of Shawn Anderson's LinkedIn profile, located at the URL https://www.linkedin.com/in/shawnmarkanderson.

6.  Attached as **Exhibit E** is a true and correct copy of a printout of Richard Lee's LinkedIn profile, located at the URL https://www.linkedin.com/in/richard-lee-752aaa2.

7.  Attached as **Exhibit F** is a true and correct copy of a printout of Farah Mavandadi's LinkedIn profile, located at the URL https://www.linkedin.com/in/mavandadi.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 30, 2019 in San Francisco, California.

*/s/ Andrew E. Naravage*
Andrew E. Naravage
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:  (415) 875-6600

6073543 / 45671