

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

March 18, 2019

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:   *GE Healthcare Bio Sciences AB, et al. v. Bio-Rad Laboratories, Inc.*,
            C.A. No. 18-1899-CFC

Dear Judge Connolly:

    Enclosed please find the parties' proposed form of Scheduling Order.  The parties are pleased to report that they have agreed on all proposed dates and discovery limits.  Because there are no disputes, the parties respectfully request the conference to proceed telephonically.

    Respectfully submitted,

    */s/ John W. Shaw*

    John W. Shaw (No. 3362)

cc:  Clerk of the Court (via Hand Delivery)
      All Counsel of Record (via CM/ECF)