IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 18-1899-CFC ) |
| BIO-RAD LABORATORIES, INC., | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

At Wilmington this 18th day of March, 2019, UPON CONSIDERATION of the Unopposed Motion of Plaintiffs GE Healthcare Bio-Sciences AB, GE Healthcare Bio-Sciences Corporation, and General Electric Company (collectively, "Plaintiffs") for Leave to File a Sur-reply, it is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File a Sur-reply is GRANTED.

Plaintiffs may file a three-page sur-reply in order to complete the record regarding Bio-Rad's proposal made to Plaintiffs, after Plaintiffs filed their opposition to Bio-Rad's motion to transfer, to keep both the present case and the currently pending S.D.N.Y. case venued in S.D.N.Y. It is further ORDERED that Plaintiffs shall file their sur-reply on or before 25th of March, 2019.

_____
United States District Judge