IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC<br><br>        Plaintiffs,<br><br>        v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 18-1899-CFC |

**CLAIM CONSTRUCTION ORDER**

Consistent with the reasoning set forth on the record during the May 14, 2020 claim construction hearing, the Court rules that, as used in the asserted claims of U.S. Patent Nos. 9,671,420, 9,709,589, 9,709,590, 9,709,591 and RE47,124, the following terms have the following meanings:

I.    **AGREED-UPON CONSTRUCTIONS**

| Claim Term(s) | Agreed Upon Construction |
|---|---|
| "CPU" / "CPU unit" | "central processing unit" |
| "the fluidics section is external to the housing and the non[-]fluidics section is internal to the housing" | "the fluidics section is on the outside of the housing and the non-fluidics section is on the inside of the housing" |

1

## II. DISPUTED CONSTRUCTIONS

| Claim Term(s) | Court's Construction |
|---|---|
| "interchangeable modular component" | "component that can be inserted into and removed from positions in the housing and that has a standardized size and shape that allows it to be exchanged with another component" |
| "interchangeable modular fluid handling unit" | "fluid handling unit that can be inserted into and removed from positions in the housing and that has a standardized size and shape that allows it to be exchanged with another fluid handling unit" |
| "modular fluid handling unit" | "fluid handling unit that has a standardized size and shape that allows it to be exchanged with another fluid handling unit" |
| Claim Preambles ("An automated liquid chromatography system comprising"/ "A method of modifying a fluid flow path in an automated liquid chromatography system comprising"/ "A method for building an automated liquid chromatography system, the method comprising"/ "A liquid chromatography system arranged to provide a controlled fluid flow through a chromatography column, the system comprising") | The preambles are claim limitations. |
| "liquid chromatography system" | Plain and ordinary meaning |
| "automated liquid chromatography system" | Plain and ordinary meaning |

| Claim Term(s) | Court's Construction |
|---|---|
| "wherein the system is capable of performing automated liquid chromatography" | Plain and ordinary meaning |
| "non-fluidics section"/"non-fluidics section"/"non fluidics section" | "a section of the interchangeable fluid handling unit that includes electrical components and does not include fluidics components" |
| "a fluid handling section"/"a fluidics section" | "a section of the interchangeable fluid handling unit that includes fluidics components and does not include non-fluidics components" |

SO ORDERED THIS 28th day of May, 2020,

_____
United States District Judge