IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 18-1899-CFC<br>) |
| BIO-RAD LABORATORIES, INC., | ) **CONSOLIDATED**<br>) |
| Defendant. | ) |

## **STIPULATION TO EXTEND TIME**

WHEREAS, the current deadline to complete fact discovery is June 30, 2020;

WHEREAS, Defendant's counsel has requested an extension of the current deadline for the completion of fact discovery due to significant difficulties in scheduling depositions and a source code inspection in light of the ongoing COVID-19 pandemic, and Plaintiffs' counsel has agreed to such an extension;

WHEREAS, the parties have agreed to the extension of additional deadlines in light of the extension of the deadline for the completion of fact discovery;

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the below case deadlines shall be changed as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for serving written party discovery | May 29, 2020 | Unchanged |
| Fact Discovery Cut Off | June 30, 2020 | July 31, 2020 |
| Opening Expert Reports | August 18, 2020 | September 11, 2020 |
| Rebuttal Expert Reports | September 15, 2020 | October 9, 2020 |
| Reply Expert Reports | October 13, 2020 | October 30, 2020 |
| Deadline for Expert Deposition Cut Off | November 10, 2020 | November 17, 2020 |

All subsequent deadlines set by the April 20, 2020 Revised Scheduling Order (D.I. 71) shall be unchanged.

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

Dated:  June 12, 2020

/s/ *David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Alan R. Silverstein (No. 5066)
Tracey E. Timlin (No. 6469)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
asilverstein@potteranderson.com
ttimlin@potteranderson.com
*Attorneys for Defendant*

3

IT IS SO ORDERED THIS ___ day of _____, 2020,

                                                                    _____
                                                                       United States District Judge