# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 18-1899-CFC-SRF ) Consolidated ) |
| v. | ) **DEMAND FOR JURY TRIAL** ) |
| BIO-RAD LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## DEFENDANT BIO-RAD LABORATORIES, INC.'S
## MOTION TO EXCLUDE EXPERT OPINIONS OF STEVEN WERELEY

Defendant Bio-Rad Laboratories, Inc. respectfully moves the Court to exclude the opinions of Dr. Steven Wereley regarding the alleged conception and reduction to practice of the patents-in-suit, as set forth in paragraphs 59-192 of his Rebuttal Report. The grounds for this Motion are set forth in the opening brief, filed herewith. A proposed order is attached.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By:   */s/ Alan R. Silverstein*   |
| Kevin P.B. Johnson | David E. Moore (#3983) |
| Brian C. Cannon | Bindu A. Palapura (#5370) |
| QUINN EMANUEL URQUHART & | Alan R. Silverstein (#5066) |
| SULLIVAN, LLP | Hercules Plaza, 6th Floor |
| 555 Twin Dolphin Drive, 5th Floor | 1313 N. Market Street |
| Redwood Shores, CA  94065 | Wilmington, DE  19801 |
| Tel: (650) 801-5000 | Tel:  (302) 984-6000 |
| | dmoore@potteranderson.com |
| David Bilsker | bpalapura@potteranderson.com |
| Felipe Corredor | asilverstein@potteranderson.com |
| Andrew E. Naravage | |
| QUINN EMANUEL URQUHART & | *Attorneys for Defendant Bio-Rad* |
| SULLIVAN, LLP | *Laboratories, Inc.* |
| 50 California Street, 22nd Floor | |
| San Francisco, CA  94111 | |
| Tel: (415) 875-6600 | |

Anne S. Toker
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000

Sean D. Damon
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000

Dated:  December 15, 2020
6968067 / 45671