# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., <br><br> Defendant. | C.A. No. 18-1899-CFC-SRF <br> Consolidated <br><br> **DEMAND FOR JURY TRIAL** |

## DEFENDANT BIO-RAD LABORATORIES, INC.'S MOTION FOR SUMMARY JUDGMENTOF NON-INFRINGEMENT OF THE '590 PATENT FOR LACK OF PROOF OF DIRECT INFRINGEMENT

Defendant Bio-Rad Laboratories, Inc. respectfully moves the Court for summary judgment that asserted claims 1, 2, 3, 4, 10, and 12 of U.S. Patent No. 9,709,590 are not infringed because Plaintiff has failed to identify any instance of direct infringement. The grounds for this Motion are set forth in the opening brief, filed herewith. A proposed order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>Brian C. Cannon<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel: (650) 801-5000<br><br>David Bilsker<br>Felipe Corredor<br>Andrew E. Naravage<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Tel: (415) 875-6600<br><br>Anne S. Toker<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br><br>Sean D. Damon<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street NW Suite 900<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br><br>Dated:  December 15, 2020<br>6968801 / 45671 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By:   */s/ Alan R. Silverstein*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Alan R. Silverstein (#5066)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    asilverstein@potteranderson.com<br><br>*Attorneys for Defendant Bio-Rad Laboratories, Inc.* |