# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA, LLC,<br><br>      Plaintiffs,<br><br> v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1899-CFC-SRF<br>)<br>)  **CONSOLIDATED**<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. BRUCE GALE

At Wilmington this ___ day of _____, 20__, the Court, having considered the Motion by Plaintiffs' Cytiva Sweden AB and Global Life Sciences Solutions USA LLC (collectively, "Plaintiffs") to Exclude Expert Opinions of Dr. Bruce Gale; Plaintiffs' Opening Brief in support; the response and reply thereto; exhibits and appendices filed in connection with those pleadings; and any arguments of counsel; the Court finds that Plaintiffs' Motion to exclude expert opinions of Dr. Bruce Gale is GRANTED:

IT is, therefore, ORDERED that the following is excluded:

1. Dr. Gale's non-infringement opinions regarding the terms "fluidics section," "non-fluidics section," and "panel member" incorporated in the following paragraphs of his Rebuttal Expert Report: 42-54; 58-67; 78-96; 100-115; 117-124; 126; 128-131; 159-180; 182; 184; 186; 189; 191-192; 194-196; 198-202; 204-205; 207-210; 215-217; 219; 221; 226; 228; 230; 232; 236-237; 241; 243; 256-258; 264-265; 267-269; 271-272; 279; 281; 283-285; 287-288; 290; 297; and 299.

2. Dr. Gale's non-infringement opinions regarding the term "independently perform operations in response to instructions over a BUS", incorporated in the following paragraphs of his Rebuttal Expert Report: 134-141; 212-214; 223-224; 249-252; 256-258; 274-277; and 292-295.

3. Dr. Gale's opinions based on the 2016 Experiments and modifying the 2040 System, incorporated in his Opening Expert Report at paragraphs 299, 368, 444, 632, 652, 658, 663, 666, 669, 702, 731, 889, and Exhibits 4-8, and incorporated in his Reply Expert Report at paragraphs 36-52, and 57.

_____
United States District Judge