IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 18-1899-CFC-SRF ) |
| BIO-RAD LABORATORIES, INC., | ) **CONSOLIDATED** ) |
| Defendant. | ) ) |

### PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. THOMAS KEARL

Pursuant to Federal Rule of Evidence 702 and Federal Rule of Evidence 703, Plaintiffs Cytiva Sweden AB and Global Life Sciences Solutions USA LLC (collectively, "Plaintiffs") file this motion to exclude the expert opinions, testimony, and/or any calculations of Dr. Thomas Kearl that are based on prior license agreements that have no technical comparability to the Asserted Patents, incorporated in his Rebuttal Expert Report at paragraphs 119-124, 136, 138, Table 4, and Exhibit F. The grounds for this Motion are set forth in Plaintiffs' Opening Brief in Support of Motion to Exclude Expert Opinions and the supporting Declaration of Amy DeWitt and exhibits, filed concurrently.

NOW, THEREFORE, Plaintiffs respectfully request that the Court grant this Motion in the form of the Proposed Order attached as Exhibit A.

OF COUNSEL:
Jeffrey A. Miller
Joseph B. Palmieri
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500

Matthew M. Wolf
Jennifer Sklenar*
Amy DeWitt
Bridgette Boyd
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington D.C. 20001
(202) 942-5462

Ryan M. Nishimoto
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

Michael J. Sebba
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000


*Admitted in NY and CA only;
practice limited to matters before
federal courts and federal agencies

Dated:  December 15, 2020