**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1899-CFC-SRF<br>)<br>) **CONSOLIDATED**<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
EXCLUDE EXPERT OPINIONS OF DR. THOMAS KEARL**

At Wilmington this ___ day of _____, 20__, the Court, having considered the Motion by Plaintiffs' Cytiva Sweden AB and Global Life Sciences Solutions USA LLC (collectively, "Plaintiffs") to Exclude Expert Opinions of Dr. Thomas Kearl; Plaintiffs' Opening Brief in support; the response and reply thereto; exhibits and appendices filed in connection with those pleadings; and any arguments of counsel; the Court finds that Plaintiffs' Motion to exclude expert opinions of Dr. Thomas Kearl is GRANTED:

IT is, therefore, ORDERED that the following is excluded:

1. Dr. Kearl's opinions, testimony, and/or any calculations based on prior license agreements that have no technical comparability to the Asserted Patents, incorporated in his Rebuttal Expert Report at paragraphs 119-124, 136, 138, Table 4, and Exhibit F.

_____
United States District Judge