IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 18-1899-CFC-SRF ) ) **CONSOLIDATED** ) ) ) ) ) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Cytiva Sweden AB and Global Life Sciences Solutions USA LLC ("collectively, "Cytiva") files this motion for summary judgment. Plaintiffs seek summary judgment of infringement on the basis that Defendant Bio-Rad's NGC automated liquid chromatography system infringes claim 1 of U.S. Patent No. 9,671,420, claim 1 of U.S. Patent No. 9,709,589, claim 14 of U.S. Patent No. 9,709,590 and claim 16 of U.S. Patent No. RE47,124. The grounds for Plaintiffs' motion are fully set forth in Cytiva's Opening Brief and the Concise Statement of Facts, filed concurrently.

NOW, THEREFORE, Plaintiffs respectfully request to grant this motion and to enter the proposed order attached as Exhibit A.

1

OF COUNSEL:

Jeffrey A. Miller
Joseph B. Palmieri
ARNOLD & PORTER KAYE
 SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500

Matthew M. Wolf
Jennifer Sklenar*
Amy DeWitt
ARNOLD & PORTER KAYE
 SCHOLER LLP
601 Massachusetts Avenue, NW
Washington D.C. 20001
(202) 942-5462

Ryan M. Nishimoto
ARNOLD & PORTER KAYE
 SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000

Dated: December 15, 2020

*Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*