# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 18-1899-CFC-SRF<br>)<br>) **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

At Wilmington this ____ day of _____, 202__, the Court, having considered the Motion by Plaintiffs Cytiva Sweden AB and Global Life Sciences Solutions USA LLC (collectively "Cytiva") for summary judgment of infringement that that Defendant Bio-Rad's NGC automated liquid chromatography system infringes claim 1 of U.S. Patent No. 9,671,420, claim 1 of U.S. Patent No. 9,709,589, claim 14 of U.S. Patent No. 9,709,590 and claim 16 of U.S. Patent No. RE47,124; Cytiva's Opening Brief in support; the response and reply thereto; exhibits and appendices filed in connection with those pleadings; and any arguments of counsel; the Court finds that Defendant's Motion for summary judgment of infringement on the basis that there is no material fact in dispute that Bio-Rad's NGC liquid

3

chromatography falls within the scope of the claims and is in all respects GRANTED.

It is, therefore, ORDERED that Plaintiffs' Motion for summary judgment of infringement of claim 1 of U.S. Patent No. 9,671,420, claim 1 of U.S. Patent No. 9,709,589, claim 14 of U.S. Patent No. 9,709,590 and claim 16 of U.S. Patent No. RE47,124 is GRANTED.

_____
United States District Judge