## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, | ) ) ) ) ) C.A. No. 18-1899-CFC-SRF |
| Plaintiffs, | ) Consolidated ) |
| v. | ) **DEMAND FOR JURY TRIAL** ) |
| BIO-RAD LABORATORIES, INC., | ) ) |
| Defendant. | ) |

### DEFENDANT BIO-RAD LABORATORIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR LACK OF FLUIDICS SECTION AND TO EXCLUDE OPINIONS OF DR. WERELEY UNDER *DAUBERT* OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OF INVALIDITY

Defendant Bio-Rad Laboratories, Inc. respectfully moves the Court for summary judgment that the asserted claims of U.S. Patent Nos. 9,709,589, 9,709,590, 9,709,591, 9,671,420, and RE47,124 are not infringed because the accused devices lack a "fluidics section" and to exclude the opinions of Plaintiffs' expert Steven Wereley, or, in the alternative, the asserted claims are invalid. The grounds for this Motion are set forth in the opening brief, filed herewith. A proposed order is attached.

| | |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>Brian C. Cannon<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel: (650) 801-5000<br><br>David Bilsker<br>Felipe Corredor<br>Andrew E. Naravage<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Tel: (415) 875-6600<br><br>Anne S. Toker<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br><br>    -and-<br><br>Sean D. Damon<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br><br>Dated:  December 15, 2020<br>6968976/ 45671 | POTTER ANDERSON & CORROON LLP<br><br>By:   */s/ Alan R. Silverstein*<br>       David E. Moore (#3983)<br>       Bindu A. Palapura (#5370)<br>       Alan R. Silverstein (#5066)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19801<br>       Tel:  (302) 984-6000<br>       dmoore@potteranderson.com<br>       bpalapura@potteranderson.com<br>       asilverstein@potteranderson.com<br><br>*Attorneys for Defendant Bio-Rad Laboratories, Inc.* |