# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 18-1899-CFC-SRF<br>) Consolidated |
| v. | ) **DEMAND FOR JURY TRIAL** |
| BIO-RAD LABORATORIES, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The undersigned counsel certifies that the filings comply with the type, font, and word limitations set forth in the Court's November 6, 2019 Standing Order and the April 9, 2020 Oral Order. According to the word processing system used to prepare them, the briefs filed in support of Defendant Bio-Rad Laboratories, Inc.'s motions for summary judgment and *Daubert* motions contain a total of 11,576 words, excluding the captions, tables and signature blocks. The text of these documents, including footnotes, was prepared in Times New Roman, 14 point.

OF COUNSEL:

Kevin P.B. Johnson
Brian C. Cannon
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000

David Bilsker
Felipe Corredor
Andrew E. Naravage
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600

Anne S. Toker
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000

Sean D. Damon
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000

Dated: December 15, 2020
6969748/ 45671

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:   */s/ Alan R. Silverstein*
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Alan R. Silverstein (#5066)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE 19801
　　　Tel: (302) 984-6000
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com
　　　asilverstein@potteranderson.com

*Attorneys for Defendant Bio-Rad Laboratories, Inc.*