IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA, LLC, | ) | |
| Plaintiffs, | ) | Redacted: Public Version |
| v. | ) | C.A. No. 18-1899-CFC-SRF |
| BIO-RAD LABORATORIES, INC., | ) | **CONSOLIDATED** |
| Defendant. | ) | |

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIM 1 OF U.S. PATENT NO. 9,671,420, CLAIM 1 OF U.S. PATENT NO. 9,709,589, CLAIM 14 OF U.S. PATENT NO. 9,709,591, AND CLAIM 16 OF U.S. PATENT NO. RE47,124**

OF COUNSEL:
Matthew M. Wolf
Jennifer Sklenar*
Amy DeWitt
Bridgette C. Boyd
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington D.C. 20001
(202) 942-5462

John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

[redacted]

Jeffrey A. Miller
Joseph B. Palmieri
ARNOLD & PORTER KAYE
SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500

Ryan M. Nishimoto
ARNOLD & PORTER KAYE
SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000

Michael J. Sebba
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000

*Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies

Dated: December 15, 2020

**TABLE OF CONTENTS**

Concise Statement of Facts……………………………………………………..……..1

Certificate of Compliance………………………………………………………………..9

Declaration of Dr. Steven Wereley

Technical Report - Modular Cabinet Design……………………………Ex. 1

Excerpts of Deposition Transcript of Robert Iovanni………………...…Ex. 2

Excerpts of Deposition Transcript of Philip Chapman…………………Ex. 3

Excerpts of Next Generation Chromatography (NGC) Presentation……Ex. 4

Excerpts of NGC Chromatography Systems and ChromLab Software Instrument Guide Version 6.0……………………………………………...Ex. 5

Excerpts of Product Proposal Document for Next Generation Chromatography…………………………………………………...Ex. 6

Excerpts of Deposition Transcript of Farah Mavandadi………………..Ex. 7

Excerpts of Deposition Transcript of Wayne Bland…………………...Ex. 10

Excerpts of Hardware Specification for Next-Generation Chromatography System Primary System Enclosure…………………Ex. 11

Excerpts of Technical Specification for Next-Generation Chromatography System…………………………………………….Ex. 12

Excerpts of Hardware Specification for Next-Generation Chromatography System [REDACTED] ………...Ex. 13

Excerpts of Hardware Specification for Next-Generation Chromatography System [REDACTED] …………………………..Ex. 14

Excerpts of NGC Service Manual……………………………………...Ex. 16

Excerpts of NGC Gradient and Sample Pump Firmware Specification, Version 1.0....................................................Ex. 17

Excerpts of Analog Devices Data Sheet ADuC7060/ADuC7061........Ex. 18

Excerpts of Hardware Specification Rev. D, Next-Generation Chromatography System, [REDACTED] [REDACTED] ..............................Ex. 19

Excerpts of Hardware Specification Rev. D, Next-Generation Chromatography System, [REDACTED] [REDACTED] ..............................Ex. 20

NGC Chromatography Systems..............................................Ex. 21

Excerpts of NGC Chromatography Systems Multidimensional (Multi-D) Plumbing Guide, Version 1.0..............Ex. 22

Excerpts of Assembly Procedure for 10ML Pump Module NGC.............................................Ex. 23

Excerpts of Assembly Procedure for Quest 100 Chrome System NGC............................................Ex. 24

Excerpts of Hardware Specification for Next-Generation Chromatography System [REDACTED] ..........................Ex. 25

Excerpts of Hardware Specification for Next-Generation Chromatography System [REDACTED] ..........................Ex. 26

Excerpts of Hardware Specification for Next-Generation Chromatography System [REDACTED] [REDACTED] ..............................................................Ex. 27

Excerpts of Assembly Procedure for Quest 100 Pump Module NGC............................................Ex. 28

Excerpts of Assembly Procedure for Module Inject Valve NGC.........Ex. 29

[redacted]

Excerpts of Assembly Procedure for Single Board Computer………...Ex. 30

NGC Chromatography Systems and ChromLab Software Installation Guide Version 6.0……………………………………………Ex. 31

U.S. Patent 9,709,589…………………………………………………Ex. 32

U.S. Patent 9,709,590…………………………………………………Ex. 33

U.S. Patent 9,709,591…………………………………………………Ex. 34

U.S. Patent 9,671,420…………………………………………………Ex. 35

U.S. Patent RE47,124…………………………………………………Ex. 36

*Markman* Hearing Transcript (May 14, 2020)…………………………Ex. 37

Declaration of Nenad Vukicevic

Declaration of Jeffrey A. Miller

Excerpts of Deposition Transcript of Dr. Bruce Gale…………………...Ex. 8

NGC Chromatography Systems and ChromLab Software User Guide Version 6.0…………………………..……………………..Ex. 9

Excerpts of Rebuttal Expert Report of Dr. Bruce Gale (October 21, 2020)…………………………………………………..Ex. 15

## CONCISE STATEMENT OF FACTS

1. Bio-Rad's NGC system is made up of four main models: Quest, Scout, Discover and Discover Pro. These models have the same architecture and can have the same modules installed therein. The differences between models relate to the modules that are included as standard equipment, whether they include an expansion housing and if so, how many. Ex. 5, p. 87-88; Declaration of Dr. Steven Wereley ("Wereley") Wereley, ¶¶54-59

2. The NGC's Instrument Guide states that it is a liquid chromatography system, and that the system "rapidly automates" the purification of biomolecules. Wereley, ¶¶60-61; Ex. 5, p. 11; Ex. 6 (BRGE00065119); Ex. 7 (Mavandadi Tr.) 106:5-15.

3. Automated liquid chromatography systems have certain components for performing liquid chromatography, including an injection valve, a pump, an inline detector that can measure the relevant characteristics of the liquid exiting the chromatography column, and control software for processing, displaying, and/or storing the results, which operate without manual intervention. Wereley, ¶63.

4. All models of Bio-Rad's NGC come standard with a sample inject valve module (Wereley, ¶88; (Ex. 5, pp. 37, 87); Ex. 8 (Gale Tr.) 355:13-16), two system pump modules (Wereley, ¶87; Ex. 5, pp. 28, 87), a UV monitor module that

measures characteristics of the liquid exiting the chromatography column (Wereley, ¶172; Ex. 5, pp. 65-72, 87; Ex. 8 (Gale Tr.) 357:2-359:2)) and control software for automatically controlling the liquid chromatography system (Ex. 8 (Gale Tr.) 356:3-7; Ex. 3 (Chapman Tr.) 333:18-334:2; Ex. 9, p. 21). *See also* Wereley, ¶¶60-64, 73-82.

5. Each NGC model has a housing. Wereley, ¶¶65-72; Ex. 10 (Bland Tr.) 86:2-86:17; Ex. 11 (BRGEDEL445194); Ex. 3 (Chapman Tr.) 541:6-541:22.

6. Each NGC model has a single board computer that controls the system. Ex. 10 (Bland Tr.) 36:1-36:13.

7. The single board computer is installed inside the housing. Wereley, ¶78; Ex. 10 (Bland Tr.) 37:8-38:18).

8. Each module communicates with the single board computer via a bus. Wereley, ¶79-80; Ex. 10 (Bland Tr.) 144:1-144:11; Ex. 13 (BRGE96083); Ex. 14 (BRGEDEL450748).

9. All NGC models come with two system pump modules, a sample inject module, and a UV detector module. Wereley, ¶¶85-88; Ex. 5, p. 87.

10. Each of these modules can be inserted into and removed from positions in the housing. Wereley, ¶¶89-90; Ex. 5, p. 19; Ex. 12 (BRGEDEL401642, BRGEDEL401629).

[redacted]

11. Each module has a standardized size and shape that allows it to be exchanged with another component. Wereley, ¶89; Ex. 5, pp. 237-238; Ex. 10 (Bland Tr.) 98:13-101:1.

12. All NGC models have modules that contain a section that includes fluidics components and does not include non-fluidics components. Wereley, ¶¶97-106; Ex. 13 (BRGE96090); Ex. 14 (BRGEDEL450753); Ex. 3 (Chapman Tr. 529:12-530:17, 528:16-529:10); Ex. 5, pp. 29, 37-38, 40; Ex. 15 (Gale Rebuttal Report) (Bio-Rad's expert does not refute that the fluidics components identified by Dr. Wereley do not contain non-fluidics components).

13. All NGC models have modules that contain a section that includes electrical components and does not include fluidics component. Wereley, ¶¶110-115; Ex. 13 (BRGE0096090), Ex. 14 (BRGEDEL000450753)); Ex. 3 (Chapman Tr.) 529:12-530:17, 528:16-529:10; Ex. 16 (BRGEDEL317444, BRGEDEL317453-317455, BRGEDEL317564); Ex. 15 (Gale Rebuttal Report) ¶¶117, 122-123 (BioRad's expert does not take issue with whether the non-fluidic section, as identified by Dr. Wereley, contains fluidic components).

14. All NGC models have a bus connector for directly connecting the interchangeable modular component with the system bus. Wereley, ¶¶117-127.

15. All NGC models have a panel member that separates an internal non-fluidics section from an external fluidics section. Wereley, ¶¶129-131; Ex. 5, pp. 28,

37; Ex. 10 (Bland Tr.) 151:4-155:21); Ex. 3 (Chapman Tr.) 388:18-21; Ex. 15 (Gale Rebuttal Report) ¶78 (Bio-Rad's expert does not refute that the structure Dr. Wereley identifies as the claimed panel member separates the non-fluidics section and fluidics section, as they are identified by Dr. Wereley).

16. All NGC models have a housing comprising a liquid handling panel with at least four component receiving positions arranged in a two dimensional array and adapted to receive said interchangeable modular components such that, when inserted, the fluidics section is external to the housing and the non-fluidics section is internal to the housing. Wereley, ¶¶138-140; Ex. 5, p. 22, 237-238.

17. All NGC models have component receiving position that includes a complementary connector for connecting the bus connector of the interchangeable modular component inserted therein to said system bus. The NGC has a "backplane" that the back of each module abuts upon insertion into the housing and the backplane contains a series of connectors that mate with the connector on the back of an inserted module Wereley, ¶¶144-146; Ex. 10 (Bland Tr.) 144:1-11.

18. Each NGC module has a CPU. Wereley, ¶¶150-155; Ex. 13 (BRGE96081), Ex. 14 (BRGEDEL450746); Ex. 10 (Bland Tr.) 105:2-105:17; Ex. 17 (BRGEDEL98274); Ex. 18 (GEHCDEL129737, at GEHCDEL129796).

19. The CPU on each module allows the interchangeable modular component to independently perform operations in response to instructions over the

[redacted]

system bus. Wereley, ¶¶79-80, 157-159; Ex. 2 (Iovanni Tr.) 105:9-105:22; Ex. 10 (Bland Tr.) 107:13-108:13, 144:1-144:11; Ex. 13 (BRGE96083); Ex. 14 (BRGEDEL450748).

20. Each module receives instructions over the bus from the master control unit. Decl. of Nenad Vukicevic ("Vukicevic"), ¶¶5-9; Ex. 10 (Bland Tr.) 106:20-107:1, 105:18-108:13.

21. Each NGC model has a master control unit that is arranged to automatically identify interchangeable modular components. Wereley, ¶164; Ex. 5, p. 19; Ex. 12 (BRGEDEL401629); Ex. 10 (Bland Depo. Tr.) 81:19-85:22; Vukicevic, ¶10.

22. Each NGC model can accommodate any module, regardless of whether a module comes standard with a particular system. Wereley, ¶¶169-170; Ex. 5, p 87-88.

23. The NGC Quest comes standard with a sample inject valve module and a customer can purchase additional valve modules and install them into the system, *e.g.*, a pH valve module. Wereley, ¶¶169-170; Ex. 5, p 87-88.

24. Each NGC model comes standard with a UV detector module. Wereley, ¶¶169-170, Ex. 5, p 87-88.

25. The housing unit of each NGC model has a plurality of receiving portions. Wereley, ¶¶221-223; Ex. 5, pp. 90-91, 237-238.

[redacted]

26. Each of Bio-Rad's UV monitor modules have a fluid handling section. Wereley, ¶¶226, 234-235; Ex. 19 (BRGEDEL282560), Ex. 20 (BRGEDEL281538); Ex. 3 (Chapman Tr.) 532:4-534:17; Ex. 5, p. 66-67, 69, 205.

27. Each of the two system pump modules, sample inject valve module, and UV detector modules is configured for insertion into the receiving positions of the housing unit. Wereley, ¶215; Ex. 5 p. 19; Ex. 12 (BRGEDEL401629, BRGEDEL401642); Ex. 10 (Bland Tr.) 98:13-101:1.

28. Each NGC model has modules that are readily interchangeable amongst similarly sized and shaped receiving positions of the housing unit, such that positioning of the modular fluid handling unit with respect to other modular fluid handling units permits a fluid flow path to be readily modified, wherein the fluid flow path is formed by fluidic connections between the modular fluid handling units. Wereley, ¶¶243-250; Ex. 5, pp. 19, 233-239; Ex. 21 (BRGEDEL293539, BRGEDEL293542); Ex. 22, pp. 2-3; Ex. 10 (Bland Tr.) 100:8-101:1.

29. The only difference between claim 1 of the '591 patent and claim 1 of the '420 patent is that the former requires only two fluid handling units arranged as interchangeable module components and they need not be arranged in a two dimensional array  Wereley, ¶¶264-265.

30. The two system pump modules that come with each NGC model have fluid connectors for connecting the fluid handling unit to a liquid chromatography

[redacted]

fluid path and the connectors are on the external side of the panel member. Wereley, ¶286, Ex. 23 (BRGEDEL1507).

31. When interconnecting the fluid inputs and outputs on the NGC, fluid will pass through the system. Wereley, ¶¶295-296; Ex. 5, p. 22; Ex. 21, (BRGEDEL293539).

32. The panel member for each of the NGC modules enables mounting of the module to the housing. Wereley, ¶305; Ex. 5, p. 235; Ex. 10 (Bland Tr.) 151:4-155:21; Ex. 3 (Chapman Tr.) 387:10-17.

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

OF COUNSEL:
Matthew M. Wolf
Jennifer Sklenar*
Amy DeWitt
Bridgette C. Boyd
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington D.C. 20001
(202) 942-5462

Jeffrey A. Miller
Joseph B. Palmieri
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500

[redacted]

Ryan M. Nishimoto
ARNOLD & PORTER KAYE
SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000

Michael J. Sebba
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000

*Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies

Dated: December 15, 2020

**CERTIFICATE OF COMPLIANCE**

Pursuant to the Court's November 6, 2019 Standing Order, I hereby confirm that this brief complies with the type and number limitations set forth in the Standing Order. I certify that this document contains 1,304 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font.

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on December 15, 2020, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

David E. Moore
Bindu A. Palapura
Stephanie E. O'Byrne
Alan R. Silverstein
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
asilverstein@potteranderson.com

Anne S. Toker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
(212) 849-7000
annetoker@quinnemanuel.com

David Bilsker
Andrew E. Naravage
Felipe Corredor
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
andrewnaravage@quinnemanueal.com
felipecorredor@quinnemanuel.com

Kevin P.B. Johnson
Brian C. Cannon
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5015
kevinjohnson@quinnemanuel.com
briancannon@quinnemanuel.com

Sean D. Damon
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
(202) 538-8260
seandamon@quinnemanuel.com

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*