IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and<br>GLOBAL LIFE SCIENCES<br>SOLUTIONS USA, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1899-CFC-SRF<br>)<br>) **CONSOLIDATED**<br>)<br>) |

## ORDER

At Wilmington, this 19th day of April, 2021, having considered plaintiffs' unopposed motion for continuance of trial, IT IS HEREBY ordered that:

1. The motion is granted.

2. The June 21, 2021 trial date is vacated.

3. ~~The new pre-trial conference date is _____ at _____.~~

4. ~~The new trial date is _____.~~

                                                                                                                    _____
                                                                                                                    United States District Judge