Case 1:18-cv-01899-CFC-SRF   Document 266   Filed 03/14/22   Page 1 of 1 PageID #: 14046

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTIVA SWEDEN AB, and GLOBAL LIFE SCIENCES SOLUTIONS USA LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>       Defendant. | C.A. No. 18-1899-CFC |

## ORDER

At Wilmington this Fourteenth day of March in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant Bio-Rad Laboratories, Inc.'s Motion for Summary Judgment of Non-infringement of the '590 Patent for Lack of Proof of Direct Infringement (D.I. 166) is **GRANTED**.

_____
UNITED STATES CHIEF
DISTRICT JUDGE